UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOROTHY YORK                                                              CIVIL ACTION

VERSUS

ALL ABOARD AMERICA! HOLDING           NO.:15-00251-BAJ-SCR
INC., ET AL.

## RULING AND ORDER

On June 2, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Dorothy York's ("Plaintiff") Motion to Remand (Doc. 5) be denied. (Doc. 7).

The Magistrate Judge's Report and Recommendation specifically notified all parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 7 at p. 1). A review of the record indicates that no party has filed any objections to date.

Having carefully considered the Plaintiff's Complaint, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 7)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Doc. 5) is **DENIED**.

Baton Rouge, Louisiana, this 2nd day of July, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**